IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

THREE ANONYMOUS PLAINTIFFS
(MINOR STUDENTS AT KELLAM HIGH
SCHOOL) BY NEXT OF FRIEND -
PARENTS (ANONYMOUS),

  Plaintiffs,

v.     Case No. 2:25-cv-540

DR. RYAN SCHUBART, et al.,

  Defendants.

## NOTICE OF REMOVAL

NOW COME Defendants Dr. Ryan Schubart, Matthew Delaney, and Dr. Donald Robertson, Jr. (collectively, "Defendants"), by counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby remove the action captioned *Anonymous Plaintiff 1 (Minor Student at Kellam High School), by Next Friend – Parent (Anonymous), et al., v. Ryan Schubart, et al.*, Case No. CL25002676-00, from the Circuit Court for the City of Virginia Beach to the Norfolk Division of the United States District Court for the Eastern District of Virginia. In support of their Notice of Removal, Defendants state as follows:

## REQUIREMENTS OF 28 U.S.C. § 1446

1.    On May 19, 2025, Plaintiffs filed a Complaint in the Circuit Court for the City of Virginia Beach captioned *Anonymous Plaintiff 1 (Minor Student at Kellam High School), by Next Fried – Parent (Anonymous), et al., v. Ryan Schubart*, Case No. CL25002676-00, against Dr. Ryan Schubart ("Dr. Schubart") asserting four defamation claims under Virginia law. A copy of the Complaint and the discovery requests filed therewith are attached as Exhibit 1.

1

2. On May 19, 2025, Plaintiff also filed a Motion to Proceed Anonymously Pursuant to Virginia Code § 8.01-15.1. A copy of the Motion is attached as Exhibit 2.

3. On May 29, 2025, Dr. Schubart was served with the Complaint and summons. A copy of the summons is attached as Exhibit 3.

4. On June 18, 2025, Dr. Schubart filed a Demurrer to the Complaint. A copy of the Demurrer is attached as Exhibit 4.

5. On July 9, 2025, Plaintiffs filed a Motion to Overrule Demurrer. A copy of the Motion is attached as Exhibit 5.

6. On July 21, 2025, the Circuit Court entered a Protective Order. A copy of the Protective Order is attached as Exhibit 6.

7. On July 31, 2025, Dr. Schubart filed a Brief in Support of the Demurrer. A copy of the Brief in Support is attached as Exhibit 7.

8. On August 7, 2025, Plaintiffs filed a Brief in Opposition to Dr. Schubart's Demurrer. A copy of the Brief in Opposition is attached as Exhibit 8.

9. On August 14, 2025, Dr. Schubart filed a Reply in Support of the Demurrer. A copy of the Reply in Support is attached as Exhibit 9.

10. On August 15, 2025, Plaintiffs filed a Motion for Leave to File First Amended Complaint, along with a proposed Amended Complaint for Defamation and Civil Rights Violation (42 U.S.C. § 1983). A copy of the Motion is attached as Exhibit 10.

11. On August 22, 2025, the Circuit Court entered three consent Orders:

    a. an Order granting Plaintiffs' Motion to Proceed Anonymously, a copy of which is attached as Exhibit 11;

  b. an Order granting Plaintiffs' Motion to Seal, a copy of which is attached as Exhibit 12; and

  c. an Order granting Plaintiffs' Motion for Leave to File First Amended Complaint, which is attached as Exhibit 13.

12. Pursuant to the Circuit Court's Order granting Plaintiffs' Motion for Leave to File First Amended Complaint, the Amended Complaint was deemed filed on August 22, 2025, and Plaintiffs filed a corrected version of the Amended Complaint the same day. A copy of the Amended Complaint and the exhibits attached thereto are attached as Exhibit 14.

13. The Amended Complaint adds Matthew Delaney and Dr. Donald Robertson as defendants, who waived formal service of the Amended Complaint.

14. On August 26, 2025, Defendants filed a Demurrer to the Amended Complaint. A copy of the Demurrer is attached as Exhibit 15.

15. Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is being filed within 30 days of Plaintiffs filing the Amended Complaint. The Amended Complaint was Defendants' first notice that the case had become removable because the Amended Complaint asserted, for the first time, a claim over which this Court can exercise jurisdiction, specifically, due process claims under the 14th Amendment to the United States Constitution. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3).

16. Defendants have attached a copy of all process, pleadings, and orders served on Defendants.

17. Defendants are providing written notice of this removal to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the Circuit Court for the City of Virginia Beach as required by 28 U.S.C. § 1446(d).

## JURISDICTION UNDER 28 U.S.C. § 1331

18. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 and supplemental jurisdiction over this civil action under 28 U.S.C. § 1367.

19. Federal question jurisdiction exists pursuant to 28 U.S.C. § 1331 because the Amended Complaint asserts claims under 42 U.S.C. § 1983 for an alleged violation of Plaintiffs' rights under the Fourteenth Amendment to the United States Constitution.

20. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367(a) because the Amended Complaint asserts a claim of defamation that is so related to the § 1983 claims that it forms part of the same case or controversy under Article III of the United States Constitution.

21. Venue of this action is proper in the United States District Court for the Eastern District of Virginia, Norfolk Division, as this is the district and division in which the state court action is pending. 28 U.S.C. §§ 1446(a), 1454(a).

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Dr. Ryan Schubart, Matthew Delaney, and Dr. Donald Robertson, by counsel, respectfully request that this civil action be removed from the Circuit Court for the City of Virginia Beach, to the United States District Court for the Eastern District of Virginia, Norfolk Division.

                                              **DR. RYAN SCHUBART, MATTHEW DELANEY, AND DR. DONALD ROBERTSON, JR.**

                                              By Counsel

/s/ Melissa Y. York
Melissa Y. York (VSB No. 77493)
Brian P. Ettari (VSB No. 98800)
Counsel for Dr. Ryan Schubart, Matthew Delaney,
and Dr. Donald Robertson, Jr.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
bettari@hccw.com

5

**C E R T I F I C A T E**

I hereby certify that a true copy of the foregoing was sent via email, mail, and CM/ECF as applicable this 27th day of August 2025 to:

>Timothy V. Anderson, Esq. (VSB No. 43803)
>Anderson & Associates, P.C.
>2492 North Landing Road
>Suite 104
>Virginia Beach, VA 23456
>757-301-3636 - Phone
>timanderson@virginialawoffice.com

>/s/ Melissa Y. York
>Melissa Y. York (VSB No. 77493)
>Brian P. Ettari (VSB No. 98800)
>Counsel for Dr. Ryan Schubart, Matthew Delaney, and Dr. Donald Robertson, Jr.
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>804-747-5200 - Phone
>804-747-6085 - Fax
>myork@hccw.com
>bettari@hccw.com