Exhibit A:

FOIA request and VBCPS response including spreadsheet of all 2023-25 racial harassment cases

Virginia Beach City Public Schools, VA

 NextRequest

# Request 25-141 ☑ Closed

## Dates

**Due**

August 22, 2025

**Received**

August 05, 2025 via email

## Requester

 Tim Anderson

## Staff assigned

**Departments**

*No departments available*

**Point of contact**

Laura Beth Mattson

## Request

*Please provide the number of cases in 2023-24 and 2024-2025 for which a case of racial harassment or bullying was reported to VDOE from VBCPS.*

*Please provide copies of all school-wide email notifications/alerts sent to parents pertaining to each of these incidents.*

### Timeline    Documents

👁 **Request published**    Anyone with access to this request

August 14, 2025, 2:30pm by Staff

☑ **Request closed** ⌃    Anyone with access to this request

All records have been released, and your request has been fulfilled

August 14, 2025, 2:30pm by Staff

📅 **Due date changed**    Anyone with access to this request

08/22/2025 (was 08/13/2025). 7-day extension

August 13, 2025, 8:26am by Staff

📅 **Due date changed**    Anyone with access to this request

08/13/2025 (was 08/12/2025).

# A document has been released for record request #25-141 along with the following message:

Good afternoon,
The documents you requested are ready for viewing. Please log into your account to view them under the documents tab.
There were no other school-wide notifications sent out with the incidents referenced in the spreadsheet.
At this time, the division considers your request closed. Thank you and have a great day!

- Copy of 23-25 SY Bully and Har-Dis Race-Ethnicity-Color.xlsx

| Name | Grade | EthnicDescription | Gender | IncidentNumber | ReportDate | IncidLoc | DescCode | Discode2 | Discode3 | Discode4 | DispDesc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrowhead Elementary School | 04 | CAUCASIAN | M | 24181 | 03/13/2025 | 2B | RB1E | BAP2 | | | LVL3 OSS 1 DAY |
| King's Grant Elementary School | 05 | CAUCASIAN | M | 13051 | 12/03/2024 | 4A | RB6 | BSC8D | | | LVL1 BUS SUSPENSION |
| White Oaks Elementary School | 03 | HISPANIC | M | 33745 | 05/19/2025 | 2B | RB6 | BSC8D | | | LVL3 OSS 2 DAYS |
| Windsor Oaks Elementary School | 05 | HISPANIC | M | 20437 | 02/14/2025 | 2E | RB1E | RB9B | | | LVL2 ISS HALF DAY |
| Kellam High School | 09 | CAUCASIAN | M | 23632 | 03/12/2025 | 2E | RB1E | BSC8D | | | LVL5 LONG-TERM IN AB |
| Kellam High School | 09 | CAUCASIAN | M | 23632 | 03/12/2025 | 2E | RB1E | BSC8D | | | LVL5 LONG-TERM IN AB |
| Kellam High School | 09 | CAUCASIAN | M | 23632 | 03/12/2025 | 2E | RB1E | BSC8D | | | LVL5 LONG-TERM IN AB |
| Kellam High School | 09 | CAUCASIAN | M | 23632 | 03/12/2025 | 2E | RB1E | BSC8D | | | LVL5 LONG-TERM IN AB |
| Kellam High School | 09 | CAUCASIAN | M | 23632 | 03/12/2025 | 2E | RB1E | BSC8D | | | LVL5 LONG-TERM IN AB |
| Kellam High School | 09 | CAUCASIAN | M | 23632 | 03/12/2025 | 2E | RB1E | BSC8D | | | LVL5 LONG-TERM IN AB |
| Tallwood High School | 09 | CAUCASIAN | M | 10439 | 11/13/2024 | 2B | RB1E | RB3 | BSO3D | RB7B | LVL5 LONG-TERM IN AB |
| Bayside Middle School | 07 | AFRICAN AMERICAN | F | 23581 | 03/12/2025 | 2B | BSC14 | RB1E | | | LVL3 OSS 3 DAYS |
| Landstown Middle School | 06 | AFRICAN AMERICAN | M | 14394 | 12/10/2024 | 1 | RB1E | | | | LVL3 OSS 1 DAY |
| Old Donation School | 07 | CAUCASIAN | M | 4477 | 09/26/2024 | 2D | BSC8D | | | | LVL2 ISS 1 DAY |
| Plaza Middle School | 06 | HISPANIC | M | 959 | 09/04/2024 | 2B | RB1E | BSC16 | BAP2 | | LVL2 ISS 1 DAY-SPECE |
| Princess Anne Middle School | 07 | CAUCASIAN | M | 29338 | 04/09/2025 | 1 | RB9B | BSC8D | BSO3D | RB3 | LVL5 LONG-TERM IN AB |
| Princess Anne Middle School | 07 | CAUCASIAN | M | 29338 | 04/09/2025 | 1 | RB9B | BSC8D | BSO3D | RB3 | LVL5 LONG-TERM IN AB |

| Name | Grade | EthnicDescription | Gender | IncidentNumber | ReportDate | IncidLoc | DescCode | Discode2 | Discode3 | Discode4 | DispDesc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Birdneck Elementary School | 04 | AFRICAN AMERICAN | M | 8566 | 11/20/2023 | 1 | RB1E | | | | LVL3 OSS 1 DAY |
| Hermitage Elementary School | 02 | CAUCASIAN | F | 8693 | 11/28/2023 | 2B | RB1E | | | | LVL1 TIMEOUT |
| New Castle Elementary School | 05 | TWO OR MORE | M | 308 | 09/06/2023 | 2B | RB1E | | | | LVL2 ISS 1 DAY |
| Tallwood Elementary School | 05 | AFRICAN AMERICAN | M | 19062 | 02/28/2024 | 2E | RB1E | BAP1 | | | LVL1 TIMEOUT |
| Tallwood Elementary School | 05 | AFRICAN AMERICAN | M | 7647 | 11/13/2023 | 1 | RB1E | | | | LVL1 RESTRICTION |
| White Oaks Elementary School | 03 | AFRICAN AMERICAN | M | 10099 | 12/11/2023 | 1 | RB1E | RB1B | | | LVL2 ISS 1 DAY |
| Bayside High School | 12 | CAUCASIAN | M | 26057 | 04/19/2024 | 1 | RB1E | BSO13 | | | LVL3 OSS 3 DAYS |
| Kempsville High School | 12 | CAUCASIAN | M | 26689 | 05/02/2024 | 3B | BSC8D | RB9 | | | LVL4 OSS 6 DAYS |
| Kempsville High School | 12 | CAUCASIAN | M | 26689 | 05/02/2024 | 3B | BSC8D | RB9 | | | LVL4 OSS 6 DAYS |
| Landstown High School | 10 | ASIAN | M | 115 | 08/31/2023 | 2E | RB1E | | | | LVL3 OSS 1 DAY |
| Corporate Landing Middle School | 07 | AFRICAN AMERICAN | M | 4971 | 10/06/2023 | 1 | RB1A | BSC8D | BSC16 | BAP1 | LVL3 OSS 2 DAYS |
| Great Neck Middle School | 08 | CAUCASIAN | M | 27462 | 05/06/2024 | 2B | RB1E | RB9 | BAP2 | | LVL3 OSS 2 DAYS |
| Larkspur Middle School | 07 | CAUCASIAN | M | 445 | 09/06/2023 | 2H | BSC8D | BSO3D | | | LVL2 ISS 3 DAYS-SPEC |
| Old Donation School | 08 | CAUCASIAN | M | 16078 | 02/05/2024 | 1 | RB1E | RB9 | | | LVL3 OSS 3 DAYS |
| Plaza Middle School | 06 | CAUCASIAN | M | 4612 | 10/11/2023 | 1 | RB1E | BAP1 | | | LVL1 DETENTION |
| Princess Anne Middle School | 07 | CAUCASIAN | M | 2780 | 10/02/2023 | 1 | RB1E | | | | LVL3 OSS 3 DAYS |
| Princess Anne Middle School | 07 | HISPANIC | M | 2780 | 10/02/2023 | 1 | BSC8D | | | | LVL3 OSS 3 DAYS |