Exhibit B:

Text message chain between Principal Ryan Schubart and Assistant Principal Angelita Isom



Angelita

Inaccuracy in the release, like the teacher approached the group and they dispersed quickly, she did not intervene

Also bullying was our first violation then harrassment.

Wow

We should be on news

Probably right

I'm am going no interviews

I appreciate your work on all this.

This feels so awful, and I know you get it, but I would feel better if I knew someone tried to be fair to both sides.

These 9th graders are being labeled racial harassers. Wow

And       is not going to like it either. Now he a true Victim.

