

## Kellam High School

Kellam High School

*Kellam High School community,*

*Ensuring a safe and welcoming learning environment for our students and staff is always our top priority. Unfortunately, we regret to inform you about a deeply concerning situation where one of our students was subject to racist harassment from a group of other students. This matter is being fully investigated, and the students involved will be disciplined to the fullest extent possible based upon the school division's code of student conduct.*

*Please know it is "the policy of the School Board to prohibit any and all discrimination, harassment and bullying based on an individual's race, color, religion ..." This behavior is not representative of the Kellam High School community, and we are taking the matter very seriously. We continue to counsel and educate our students about creating a safe and welcoming learning environment for all students and staff.*

*VBCPS has long-standing policies emphasizing zero tolerance for acts of this kind. As such, our staff regularly receives training on the importance of belonging and well-being. I fully trust our team in this regard, and together we will continue this critical work. I commend the staff member who witnessed this incident and immediately intervened, exemplifying the high standards we expect in recognizing and addressing concerning situations.*

*As always, we are committed to creating a safe and inclusive environment for all. I encourage you to discuss with your children the harmful impact this behavior has on our school community. Together, we can foster a supportive space where we value differences and uphold Kellam's core values of leadership, integrity, and unity.*

1

*Sincerely,*
*Ryan Schubart, Ph.D.*
*Principal*
*Floyd E. Kellam High School*